UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60650-CIV-DIMITROULEAS

LINROY DURANT,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, DBA ARS ACCOUNT
RESOLUTION, a Florida limited liability
company,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 6], filed on July 1, 2013.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment."  The Defendant has filed neither an answer nor a motion for summary judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 6] is **APPROVED**;

2.    This action is **DISMISSED WITH PREJUDICE**;

      3.      The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 1st day of July, 2013.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record